# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

    **Plaintiff,**

-vs-             Case No. 3:15-CR-74

**BRUCE BALSINK**

    **Defendant.**

## ORDER

  On or about July 13, 2017, pursuant to Federal Rule of Criminal Procedure 48 (a), the United States has moved to dismiss defendant Bruce Balsink.

  The Court hereby GRANTS the motion of the United States and dismisses the Information (doc.2) against the defendant Bruce Balsink.

  **DONE** and **ORDERED** in Dayton, Ohio, this 13th day of July, 2017.

              *s/Thomas M. Rose*

              _____
              THOMAS M. ROSE JUDGE
              UNITED STATES DISTRICT COURT